**Godson Odubiyi AKRAN,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

**No. 14–1070.**

United States Court of Appeals,
Second Circuit.

Oct. 16, 2014.

Javier N. Maldonado, Law Office of Javier N. Maldonado, P.C., San Antonio, TX, for Appellant.

Elliot M. Schachner, Varuni Nelson, Margaret M. Kolbe, Assistant United States Attorneys, for Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Appellee.

PRESENT: CHESTER J. STRAUB, RICHARD C. WESLEY, and DEBRA ANN LIVINGSTON, Circuit Judges.

## SUMMARY ORDER

Appellant Godson Akran brought this suit pursuant to the Federal Tort Claims Act. Akran alleged that the United States falsely imprisoned him by arresting and detaining him during the pendency of removal proceedings. Finding that the detention was legally privileged, the district court granted the United States' motion to dismiss for failure to state a claim. This appeal followed.

We **AFFIRM** on the ground that Akran's Complaint fails to adequately allege a cause of action. Akran's contention that immigration officials knew or should have known that he was a United States citizen is conclusory and implausible. We have considered Akran's remaining arguments and find them to be without merit.